# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | Mag. No. 2015-7010 |
| LUIS RODRIGUEZ | **ORDER MODIFYING CONDITIONS OF RELEASE** |

---

This matter having come before the Court on the application of Defendant Luis Rodriguez (by his attorney, Lee Vartan, Esq.) for an order amending the conditions of his release in the above-captioned matter, and both Paul J. Fishman, United States Attorney for the District of New Jersey (by Justin Herring, Assistant United States Attorney) and United States Pretrial Services consenting to the application; for good and sufficient cause shown,

**WHEREFORE**, it is on this 30th day of November, 2016,

**ORDERED** that the Defendant's conditions of release shall be amended as follows:

1. Defendant shall be permitted to travel to India and China for work between December 8, 2016 and December 13, 2016;

2. Before traveling, Defendant shall provide his full itinerary, including flight information and the name of his hotel, to United States Pretrial Services;

3. Upon his return, Defendant shall surrender his passport to United States Pretrial Services; and

4.  All other conditions of release previously imposed by this Court shall remain in full force and effect.

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE